850

No. 88, Misc.   HAMPTON v. DeBLAAY ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 90, Misc.   BLACKNEY v. UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Hymie Nussbaum* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 92, Misc.   HAGAN v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 98, Misc.   POWELL v. ALABAMA.   Court of Appeals of Alabama, Sixth Division.   Certiorari denied.

No. 108, Misc.   HANLEY v. MASSACHUSETTS.   Supreme Judicial Court of Massachusetts.   Certiorari denied.

No. 114, Misc.   KOMINSKI v. DELAWARE.   Supreme Court of Delaware.   Certiorari denied.

No. 118, Misc.   MITCHELL v. UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Harold Leventhal* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *J. F. Bishop* for the United States.